

**FILED**

MAR 20 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _Knoxville_

_Clifford Leon Houston_ )
_____ )
_____ )
Name of plaintiff (s)       )
                            )
v.                          ) Case No. _____
_James F. Logan, Jr., et al_) (to be assigned by Clerk)
_____ )
_____ )
Name of defendant (s)       )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

_____
_____
_____

2. Plaintiff, _Clifford Leon Houston_ resides at
_412 Barnard Narrows Rd, Ten Mile, Tennessee 37880_
street address                                        city
_Roane_ , _Tenn_ , _37880_ , _865-507-5807_ Brothers phone
county    state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
_N/A_
_____
_____

1

3. Defendant, __James F Logan, Jr__ lives at, or its business is located at __Logan, Thompson PC, 30 2ND Street__, __Cleveland__,
street address city
~~Cleveland~~ __Bradley__, __Tennessee__, __37364-0191__
county state zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. b. c. d. The Eastern District Federal court should remand the Plaintiff's 14th Amendment due-process of the law claim back to The Court of Appeals at Knoxville requiring them to rule on the Plaintiff's singular issue raised on appeal which was an actual and extremely deadly conflict of interest in case No. 16794, No. E2020-01696-COA-R3-CV

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this \_\_\_19TH\_\_\_ day of \_\_\_March\_\_\_, 20\_24\_.

*Clifford Leon Houston*

_____

Signature of plaintiff (s)

3

The Plaintiff Houston will show the Eastern district federal court at Knoxville that on the 16th day of August 2023 the Court of Appeals of Tennessee at Knoxville used Tennessee rule of appellate procedure 27 to waive the Plaintiff's single issue raised for review in civil case no. 16794 and no. E 2022-01696-COA-R3-CV "Clifford Leon Houston v. James F. Logan, Jr."

The <u>single issue</u> that the Plaintiff raised in his appeal was That ON

2

- The very first (1st) day of September 2022 The due process clause under the (14th) fourteenth Amendment and Tennessee Supreme Court Rule 10, Canon 1.2 indisputably required Tom McFarland the newly elected Chancellor for the 9th Judicial District, state of Tennessee to immediately recuse his criminally corrupt body sus-sponte from having any involvement with the Plaintiff's September 20th, 2010 motion to stay the foreclosure -

3

-proceedings of the Plaintiff's real property in Roane County, Tennessee due to an actual and extremely deadly conflict of interest that did and still does exist on the record between the plaintiff and Chancellor Tom McFarland in civil case No. 16794 Clifford Leon Houston v. James F. Logan, Jr.

The Plaintiff will show The Eastern District Federal Court that on the 16th day of August 2023 the Court of Appeals did have full knowledge-

4

- That on the (1ST) first day of September 2022 the due process clause under the (14TH) fourteenth Amendment of The U.S. Constitution and Tennessee Supreme Court Rule 10, CANON 1, 2 indisputably required Tom McFarland the newly elected Chancellor for the (9TH) nineth judicial district, state of Tennessee to <u>immediately recuse</u> his criminally corrupt body sus sponte from having any involvement with The Plaintiff's September 20TH, 2010 motion to stay -

5

- The fourclosure proceedings of the Plaintiff's real property in Roane County, Tennessee civil case No. 16794. The Plaintiff will show the Eastern District Federal Court that on the (16TH) day of August 2023 The court of appeals of Tennessee at Knoxville used Tennessee Rule of Appellate procedure 27 to <u>Trump</u> the Plaintiff's fundamental right to not be unfairly deprived of his property without having due-process of the law and to <u>unlawfully</u> facilitate the felony -

6

- Theft, robbery, extortion or an attempted extortion of the Plaintiff's real property in the state of Tennessee, and the unlawful conspiracy, scheme or plot to extort and defraud the Plaintiff did affect commerce in the state of Tennessee in violation of the Hobbs Act under Title 18 U.S.C. § 1951. And other criminal statutes.

    The supremacy clause of the Constitution of the United States (Article VI, clause 2) establishes that the Constitution, Federal laws -

7

—made pursuant to it, and Treaties made under its authority, constitutes the "Supreme law of the land", and thus takes priority over any conflicting state laws.

Date 3-19-2024 Submitted by:

signed: Clifford Lean Houston

Clifford Leon Houston
412 Barnard Narrows Rd
Ten Mile, Tennessee 37880

# IN THE SUPREME COURT OF TENNESSEE
## AT KNOXVILLE

FILED
11/15/2023
Clerk of the
Appellate Courts

### CLIFFORD LEON HOUSTON v. JAMES F. LOGAN JR.

Chancery Court for Roane County
No. 16794

No. E2022-01696-SC-R11-CV

### ORDER

The appellant, Clifford Leon Houston, proceeding *pro se*, has filed a motion asking the undersigned Justice Roger A. Page to recuse himself from consideration of the Rule 11 application in the above-styled matter. The appellant asserts that the undersigned will be subpoenaed to testify as a "material witness" in a pending matter in the Roane County Chancery Court regarding allegedly forged designation orders.

Tennessee Supreme Court Rule 10, Canon 1.2 provides: "A judge shall act at all times in a manner that promotes public confidence in the independence, integrity, and impartiality of the judiciary, and shall avoid impropriety and the appearance of impropriety."

Upon review of the assertions contained in the appellant's motion and accompanying materials, it is hereby ORDERED that the appellant's motion to recuse is GRANTED.

_____
JUSTICE ROGER A. PAGE

Clifford Leon Heaston
412 Barnard Narrows Rd
Ten Mile, Tennessee 37880

INSPECTED

RECEIVED
MAR 20 2024
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Eastern District
office of
United States District
800 Market St

7019 2280 0000 0175 0534

CERTIFIED MAIL

Retail
RDC 99
37902