UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CLIFFORD LEON HOUSTON; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:24-CV-126-KAC-JEM |
| | ) | |
| JAMES F. LOGAN, JR.; | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In the Order Dismissing Action, the Court **DISMISSED** this action **without prejudice** under Federal Rule of Civil Procedure 4(m) and 41(b). The Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
  *s/ LeAnna R. Wilson*
  CLERK OF COURT